UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GLORIA ROSE SWAIN,

    Plaintiff,

v.

GARY A. BATES, M. GAYLE BATES, OTY INVESTMENTS L.L.C., PACIFIC NORTHWEST TITLE, NUMERICA CREDIT UNION, INLAND FORECLOSURE SERVICES, INC., CUSTOM CLOSING & ESCROW, INC., HACKNEY & CARROLL, PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC; CHARLES V. CARROLL; IAN LEDLIN; "A" DOE through "B" DOE, unidentified wives of the above individual defendants; unidentified defendants I though V,

    Defendants.

NO.  CV-05-085-RHW

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT, AND DISMISSING CASE WITHOUT PREJUDICE**

Before the Court is Plaintiff's Motion to Withdraw Complaint (Ct. Rec. 52). Plaintiff asks the Court leave to withdraw her complaint in the above-captioned case and asks the Court to dismiss the case without prejudice. Defendants have notified the Court that they do not object to Plaintiff's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Withdraw Complaint (Ct. Rec. 52) is **GRANTED**.

2. The above-captioned case is **DISMISSED,** without prejudice.

///

**IT IS SO ORDERED.** The District Court Executive is hereby directed to

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT, AND DISMISSING CASE WITHOUT PREJUDICE ~ 1**

1 | enter this order and to furnish copies to Plaintiff and counsel.
2 |     **DATED** this 20th day of June, 2005.
3 |
4 |
5 |           s/ ROBERT H. WHALEY
           United States District Judge
6 |
7 |
8 |
9 | Q:\CIVIL\2005\Swain\grant.dismiss.wpd
10–28 |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT, AND DISMISSING CASE WITHOUT PREJUDICE ~ 2**